UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE M. CONTI,

        Plaintiff,                        CIVIL ACTION NO. 05-72335

        v.                                DISTRICT JUDGE BERNARD A. FRIEDMAN

AMERICAN AXLE AND           MAGISTRATE JUDGE VIRGINIA MORGAN
MANUFACTURING, INC.

        Defendant.
_____/

**ORDER DISMISSING WITHOUT PREJUDICE DEFENDANT'S**
**SECOND MOTION FOR PROTECTIVE ORDER**

      This matter is before the court on the defendant's second motion for protective order filed April 10, 2007 (D/E 89). This motion was heard on June 25, 2007, the same day as motions related to plaintiff's counsel request to withdraw. Those motions were granted, and plaintiff is currently unrepresented, with the case stayed until August 22, 2007, to permit plaintiff time to obtain new counsel.

      Due to reporting provisions for motions, holding the motion in abeyance is not appropriate. When new counsel enters the case, it is likely that a new scheduling order will be entered and the issues stated in the instant motion may be resolved by further discussion between counsel.

- 1 -

Therefore, IT IS ORDERED that the motion is dismissed without decision. If the motion is still necessary after new counsel enters an appearance, counsel may refile the motion at a later time in the case sometime after August 22, 2007.

SO ORDERED.

        s/Virginia M. Morgan
        Virginia M. Morgan
        United States Magistrate Judge

Dated: June 27, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System and/or U. S. Mail on June 27, 2007.

        s/Jane Johnson
        Case Manager to
        Magistrate Judge Virginia M. Morgan